**SAO**
Curtis R. Rawlings, Esq. (6790)
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email:  crawlings@burgermeyer.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD J. HENRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., a foreign corporation; WALMART, INC., a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants. | Case No.: 2:25-cv-02420-BNW |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, RICHARD J. HENRY, SAM'S WEST, INC., and WALMART, INC., by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

///

///

BURGER, MEYER & D' ANGELO, LLP

-1-
STIPULATION AND ORDER

**IT IS FURTHER STIPULATED AND AGREED** each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED** this  10th  day of July, 2026.

Respectfully submitted:                    Approved as to Form and Content:

*/s/ Curtis Rawlings*                      */s/ Tyler Crawford*
By:_____                By:_____
CURTIS RAWLINGS, ESQ.                      TYLER M. CRAWFORD, ESQ.
Nevada Bar No.: 6790                       Nevada Bar No.: 10559
725 S 8th Street, Suite 200                10789 West Twain Avenue, Ste 100
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89135
Attorney for Defendants                    Attorney for Plaintiff
Sam's West, Inc. and Walmart, Inc.         Richard J. Henry


        IT IS SO ORDERED.


                                           _____
                                           UNITED STATES MAGISTRATE JUDGE
                                            DATED: July 13, 2026

Respectfully submitted:

*/s/ Curtis Rawlings*
By:_____
CURTIS RAWLINGS, ESQ.
Nevada Bar No. 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
(949) 427-1888
Attorney for Defendants

**BURGER, MEYER & D' ANGELO, LLP**

-2-
**STIPULATION AND ORDER**

## Shirley B. Martinez

| | |
|---|---|
| **From:** | Tyler Crawford <tcrawford@awhlawyers.com> |
| **Sent:** | Friday, July 10, 2026 10:04 AM |
| **To:** | Shirley B. Martinez; Aideet Rogers |
| **Cc:** | Nancy Monarrez-Corral; Curtis R. Rawlings |
| **Subject:** | Re: Henry v. Sam's |

Hi Shirley:

You may use my e-signature on the stipulation.

**Tyler M. Crawford**
*Partner*



**10789 W. Twain Ave.**
**Las Vegas, NV 89135**
**8540 S. Eastern Ave, Ste 200**
**Henderson, NV 89123**
**400 S. 4th St., Ste 290**
**Las Vegas, NV 89101**
**245 E Liberty St., Ste 250**
**Reno, NV 89501**

---

**From:** Shirley B. Martinez <smartinez@burgermeyer.com>
**Date:** Friday, July 10, 2026 at 9:57 AM
**To:** Aideet Rogers <Aideet@awhlawyers.com>; Tyler Crawford <tcrawford@awhlawyers.com>
**Cc:** Nancy Monarrez-Corral <Nancy@awhlawyers.com>; Curtis R. Rawlings <Crawlings@burgermeyer.com>
**Subject:** RE: Henry v. Sam's

No problem. I am attaching a copy of the Stipulation and Order of Dismissal. Please let me know if Tyler has any changes or if we have his permission to electronically sign his name. Thanks.

**Shirley B. Martinez**
**Paralegal**

**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th St., Suite 200
Las Vegas, NV 89101
Telephone: (949) 427-1888